Case 6:12-cr-00040-● Document 61 Filed 10/18/12 Page 1 of 3 PageID 117

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT 18 2012
CLERK, U.S. DISTRICT COURT
By _____ Deputy

**ORIGINAL**

FACTUAL RÉSUMÉ

UNITED STATES OF AMERICA v. AMANDA RAELEEN SOTO
6:12-CR-040-C(04) - SAN ANGELO DIVISION - NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| INDICTMENT: | TO BE ARRAIGNED ON COUNT THREE OF THE INDICTMENT - Charging a violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 18 U.S.C. § 2 - Possession with Intent to Distribute Methamphetamine and Aiding and Abetting. |
| MAXIMUM PENALTY: | imprisonment for a period not to exceed twenty (20) years; a fine not to exceed $1,000,000; a term of supervised release of at least three years up to life, which follows a term of imprisonment. If the defendant violates the conditions of supervised release, she could be imprisoned and subject to additional terms of supervised release and imprisonment as determined by the Court in accordance with law. |
| MANDATORY ASSESSMENT: | $100.00 |
| PLEA AGREEMENT: | As set forth in the Plea Agreement attached hereto and incorporated herein. |
| ELEMENTS OF THE OFFENSE: | Possession with Intent to Distribute Methamphetamine |

1. That the defendant knowingly or intentionally distributed or possessed with intent to distribute a controlled substance;

2. That the substance was in fact methamphetamine; and

3. That the defendant possessed the substance with the intent to distribute it.

FACTS: The defendant admits and agrees that the following facts are true and correct:

On or about April 4, 2011, in the Dallas Division of the Northern District of Texas, and elsewhere, Amanda Raeleen Soto, defendant, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a schedule II controlled substance.

On April 4, 2011, an officer of the Irving Police Department (IPD) was dispatched to 2323 Imperial Drive, rooms 216 and 212 in Irving, Texas, to investigate a complaint of possible narcotics activity. The complainant identified a white Chevrolet Camaro being driven by a white female as involved in the possible narcotics activity. As the IPD officer responded to the scene, he observed the aforementioned Chevrolet Camaro being driven by a white female. The IPD officer followed the Camaro until it pulled into the parking lot at 2810 N. Beltline, Irving, Dallas County, Texas. The IPD officer approached the vehicle and identified the driver, and sole occupant, as Amanda Raeleen Soto. Soto admitted that she didn't have a valid drivers's license, so the IPD officer arrested her for driving without a valid license. Soto requested that her purse accompany her to jail, so the IPD officer retrieved the purse from her car and inventoried it. Inside the purse, the IPD officer located two clear plastic bags containing about 14 grams of a substance that appeared to be methamphetamine.

Subsequent examination by the Southwestern Institute of Forensic Sciences confirmed that the substance found in Soto's purse was, in fact, methamphetamine and had a net weight of 13.9 grams. The lab estimated the purity level of the methamphetamine to be 38%, however, it did not list the margin for error in this estimation. Accordingly, using a common margin for error of plus or minus 3%, Soto was responsible for at least 4.86 grams of pure methamphetamine. This amount of methamphetamine is consistent with distribution, as opposed to someone's personal use.

        Soto admits that on or about April 4, 2011, she knowingly and intentionally possessed approximately 13.9 grams of methamphetamine, a schedule II controlled substance, and that she possessed that substance with the intent of distributing it to another person or persons.

The above facts are true and correct:

_____       10-8-12
Amanda Raeleen Soto                      Date
Defendant

_____      10-8-12
Laurie L. Key                              Date
Attorney for Defendant