# U.S. District Court
## Northern District of Texas (San Angelo)
## CRIMINAL DOCKET FOR CASE #: 6:12–cr–00040–C–4

Case title: USA v. Vera–Saucedo et al

Date Filed: 08/08/2012
Date Terminated: 02/07/2013

Assigned to: Judge Sam R Cummings

**Defendant (4)**

**Amanda Raeleen Soto**
*TERMINATED: 02/07/2013*

represented by **Laurie L Key**
Laurie L Key Attorney at Law
1213 Avenue K
Lubbock, TX 79401
806/771–3933
Fax: 806/771–3935
Email: lauriekeylaw@gmail.com
*TERMINATED: 02/07/2013*
*Designation: CJA Appointment*
*Bar Status: Admitted/In Good Standing*

**Pending Counts**

Conspiracy to Distribute and Possess with Intent to Distribute 500 Grams or More of Methamphetamine – Violation of 21 USC 846.
(1s)

POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE, AND AIDING AND ABETTING, 21 USC 841(a)(1), (b)(1)(C), and USC 2.
(3)

Possession with Intent to Distribute Methamphetamine and Aiding and Abetting – Violation of 21 USC Sections 841(a)(1), 841(b)(1)(C), and 18 USC Section 2.
(3s)

**Disposition**

Deft. committed to custody of the BOP to be imprisoned for a TOTAL term of 41 months. Deft. placed on Supervised Release for 3 years. Remaining Count(s) dismissed on government's motion. $100.00 special assessment on Count 3 of the Indictment.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

**Disposition**

| | |
|---|---|
| CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE 500 GRAMS OR MORE OF METHAMPHETAMINE, 21 USC, 846. (1) | Dismissed on Government's motion |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Jeffrey R Haag–DOJ** |
| | | US Attorney's Office |
| | | 1205 Texas Ave |
| | | 7th Floor |
| | | Lubbock, TX 79401 |
| | | 806/472–7351 |
| | | Fax: 806/472–7394 |
| | | Email: jeffrey.haag@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Assistant US Attorney* |
| | | *Bar Status: Admitted/In Good Standing* |

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 08/08/2012 | 1 | 6 | SEALED INDICTMENT as to Juan Andres Vera (1) count(s) 1, Jose Olvera Deleon (2) count(s) 1, 6, 7, Sonia Ruth Deleon (3) count(s) 1, 2, Amanda Raeleen Soto (4) count(s) 1, 3, Raymundo Gavirio (5) count(s) 1, 4, Heidi Angelica Griffin (6) count(s) 1, 5. (dsr) (Entered: 08/02/2012) |
| 08/08/2012 | 5 | | *** Arrest Warrant Issued in case as to Amanda Raeleen Soto. (dsr) (Main Document 5 replaced on 8/9/2012) (dsr). (Entered: 08/08/2012) |
| 08/10/2012 | | | INDICTMENT UNSEALED as to Amanda Raeleen Soto. (dss) (Entered: 08/10/2012) |
| 08/10/2012 | 8 | | MOTION to Unseal Document filed by USA as to Amanda Raeleen Soto. (dss) (Entered: 08/10/2012) |
| 08/10/2012 | 9 | | ORDER granting 8 Motion to Unseal Document 1 Indictment (Sealed), as to Amanda Raeleen Soto. (4) (Ordered by Magistrate Judge E. Scott Frost on 8/10/2012) (dss) (Entered: 08/10/2012) |
| 08/10/2012 | 10 | | APPLICATION FOR WRIT OF HABEAS CORPUS, ORDER, AND WRIT ISSUED as to Amanda Raeleen Soto to Appear on Instanter – Issued Writ of |

| | | | |
|---|---|---|---|
| | | | Habeas Corpus Ad Prosequendum. (Ordered by Magistrate Judge E. Scott Frost on 8/10/2012) (dss) (Main Document 10 replaced on 8/10/2012) (dss). (Entered: 08/10/2012) |
| 08/15/2012 | <u>11</u> | | (Document Restricted) CJA 23 Financial Affidavit by Amanda Raeleen Soto. (dss) (Entered: 08/15/2012) |
| 08/15/2012 | <u>12</u> | | MINUTE ENTRY – for proceedings held before Magistrate Judge E. Scott Frost: Initial Appearance as to Amanda Raeleen Soto held on 8/15/2012. Deft. appeared on Writ. Deft. appeared without counsel, requests apptd. counsel and qualified for appt. of counsel. Court in Lubbock will appt. counsel. Deft. remanded to custody. Detention moot as state charges pending. Attorney Appearances: AUSA – N/A; Defense – N/A. (Court Reporter: Digital File) (No exhibits) Time in Court – :05. (Interpreter N/A.) (dss) (Entered: 08/15/2012) |
| 08/15/2012 | | | Judge update in case as to Amanda Raeleen Soto. Magistrate Judge Nancy M Koenig added. Magistrate Judge E. Scott Frost no longer assigned to case. (dss) (Entered: 08/15/2012) |
| 08/17/2012 | | | INDICTMENT UNSEALED as to Juan Andres Vera, Jose Olvera Deleon, Sonia Ruth Deleon, Amanda Raeleen Soto, Raymundo Gavirio, Heidi Angelica Griffin (dsr) (Entered: 08/17/2012) |
| 08/17/2012 | <u>13</u> | | ORDER SETTING ARRAIGNMENT as to Amanda Raeleen Soto: Arraignment set for 8/29/2012 at 10:00 AM in US Courthouse, Courtroom 214, 1205 Texas Avenue, Lubbock, TX 79401–4091 before Magistrate Judge Nancy M Koenig. (Ordered by Magistrate Judge Nancy M Koenig on 8/17/2012) (dss) (Entered: 08/17/2012) |
| 08/17/2012 | <u>17</u> | | CJA 20: Appointment of Attorney Laurie L Key for Amanda Raeleen Soto. This appointment continues through any appeal unless counsel is relieved by court order for good cause shown. Appointed counsel should use the <u>Attorney Timekeeping System</u> immediately and throughout representation in district court. Any work done on an appeal must be billed per circuit instructions. For questions, consult the <u>CJA Attorney Information</u> page or use the <u>directory</u> to contact the appointing judge's courtroom deputy. Copies of public documents filed prior to this appointment may be obtained via PACER. (Ordered by Magistrate Judge Nancy M Koenig on 8/17/2012) (dss) (Entered: 08/17/2012) |
| 08/22/2012 | <u>24</u> | | NOTICE OF ATTORNEY APPEARANCE by Laurie L Key appearing for Amanda Raeleen Soto. (dsr) (Entered: 08/22/2012) |
| 08/29/2012 | <u>31</u> | | MINUTE ENTRY – for proceedings held before Magistrate Judge Nancy M Koenig: Arraignment as to Amanda Raeleen Soto (4) Counts 1 &3 held on 8/29/2012. Plea entered by Amanda Raeleen Soto: Not Guilty on counts 1 &3 of the 7 count Indictment. Trial set for Oct. 1, 2012. Deft. Custody/Detention continued. Attorney Appearances: AUSA – Jeffrey Haag; Defense – Laurie Key. (Court Reporter: Digital File) (No exhibits) Time in Court – :03. (Interpreter N/A.) (dss) (Entered: 08/29/2012) |
| 08/29/2012 | <u>34</u> | | SCHEDULING ORDER as to Amanda Raeleen Soto: Jury Trial set for 10/1/2012 at 09:00 AM in US Courthouse, Courtroom 216, 33 East Twohig Avenue, San Angelo, TX 76903–6451 before Judge Sam R Cummings. |

| | | | |
|---|---|---|---|
| | | | Motions due by 9/10/2012. (Ordered by Judge Sam R Cummings on 8/29/2012) (dss) (Entered: 08/29/2012) |
| 10/18/2012 | 59 | | MINUTE ENTRY – for proceedings held before Judge Sam R Cummings: Rearraignment Hearing as to Amanda Raeleen Soto held on 10/18/2012. Plea entered by Amanda Raeleen Soto (4) Guilty Count 3. Defendant sworn, Deft. Detention continued. Attorney Appearances: AUSA – Jeffrey Haag; Defense – Laurie Key. (Court Reporter: Mechelle Daniel) (No exhibits) Time in Court – :10. (Interpreter N/A.) (dss) (Entered: 10/18/2012) |
| 10/18/2012 | 60 | | PLEA AGREEMENT as to Amanda Raeleen Soto. (dss) (Entered: 10/18/2012) |
| 10/18/2012 | 61 | | FACTUAL RESUME as to Amanda Raeleen Soto. (dss) (Entered: 10/18/2012) |
| 10/18/2012 | 63 | | Order Requiring Presentence Report as to Amanda Raeleen Soto: Probation shall complete and disclose the presentence report within 45 working days of the date of this order. The government to advise probation regarding restitution within five days from date of this order. (Ordered by Judge Sam R Cummings on 10/18/2012) (dss) (Entered: 10/18/2012) |
| 01/04/2013 | 83 | | SCHEDULING ORDER FOR SENTENCING as to Amanda Raeleen Soto: Objections to Presentence Investigation Report due by or before noon, 1/18/2013. Presentence Investigation Addendum due by or before noon, 1/25/2013. Sentencing set for 2/7/2013 at 10:00 AM in US Courthouse, Courtroom C–216, 1205 Texas Avenue, Lubbock, TX 79401–4091 before Judge Sam R Cummings. (Ordered by Judge Sam R Cummings on 1/4/2013) (dss) (Entered: 01/04/2013) |
| 02/07/2013 | 105 | | MINUTE ENTRY – for proceedings held before Judge Sam R Cummings: Sentencing held on 2/7/2013 for Amanda Raeleen Soto (4), Count 1, Dismissed on Government's motion; Count 3, Deft. committed to custody of the BOP to be imprisoned for a TOTAL term of 41 months. Deft. placed on Supervised Release for 3 years. Remaining Count(s) dismissed on government's motion. $100.00 special assessment on Count 3 of the Indictment. Deft advised of his right to appeal. Deft. REMANDED to custody. Court recommends incarceration at FCC Bryan. Attorney Appearances: AUSA – Jeff Haag; Defense – Laurie Key. (Court Reporter: Mechelle Daniel) (No exhibits) Time in Court – :05. (Interpreter N/A.) (dss) (Entered: 02/07/2013) |
| 02/07/2013 | 106 | 23 | JUDGMENT Amanda Raeleen Soto (4), Count 1, Dismissed on Government's motion; Count 3, Deft. committed to custody of the BOP to be imprisoned for a TOTAL term of 41 months. Deft. placed on Supervised Release for 3 years. Remaining Count(s) dismissed on government's motion. $100.00 special assessment on Count 3 of the Indictment, with Special and Standard Conditions of Supervision. (Ordered by Judge Sam R Cummings on 2/7/2013) (dss) (Entered: 02/07/2013) |
| 02/13/2013 | 116 | 27 | SUPERSEDING INDICTMENT as to Juan Andres Vera–sAUCEDO (1) count(s) 1s, 8s, 9s. (dss) See Superseding Count Entry below for remaining defendants. (Entered: 02/13/2013) |
| 02/13/2013 | | | |

4

|  |  |  | Superseding Counts added: Jose Olvera Deleon (2) count(s) 1s, 6s, 7s, Sonia Ruth Deleon (3) count(s) 1s, 2s, Amanda Raeleen Soto (4) count(s) 1s, 3s, Raymundo Gavirio (5) count(s) 1s, 4s, Heidi Angelica Griffin (6) count(s) 1s, 5s. See Document 116 for image of Superseding Indictment. (dss) (Entered: 02/13/2013) |
|---|---|---|---|
| 03/01/2013 | 128 |  | (Document Restricted) CJA 20 as to Amanda Raeleen Soto: Authorization to Pay Laurie Key. Amount: $ 1,375.00, Voucher # 130219000256. (Ordered by Judge Sam R Cummings on 2/12/2013) (dsr) Modified dates on 3/4/2013 (dsr). (Entered: 03/04/2013) |
| 07/25/2016 | 181 | 40 | Prob 12E as to Amanda Raeleen Soto. Probation recommends transfer of jurisdiction to the Western District of Texas, Midland Division. Order of the Court: Agrees with the recommendation of the probation officer. (Ordered by Senior Judge Sam R Cummings on 7/25/2016) (Attachments: # 1 Prob 22 – TOJ signed by only one judge) (dsr) (Entered: 07/25/2016) |
| 08/11/2016 | 182 | 43 | ORDER TRANSFERRING PROBATION/SUPERVISED RELEASE JURISDICTION and ORDER ACCEPTING JURISDICTION as to Amanda Raeleen Soto pursuant to 18 USC 3605 with the records of this court TO the US District Court for Western District of Texas, Midland Division. Case number in other district: unknown. (Ordered by Senior Judge Sam R Cummings on 7/25/2016) (dsr) (Entered: 08/11/2016) |



ORIGINAL

SEALED

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2012 AUG -8 PM 2: 43

DEPUTY CLERK _____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § No. 6:12 CR - 040. - C |
| | § |
| JUAN ANDRES VERA (1) | § |
| a/k/a "Pericocha" | § |
| JOSE OLVERA DELEON (2) | § |
| SONIA RUTH DELEON (3) | § |
| AMANDA RAELEEN SOTO (4) | § |
| RAYMUNDO GAVIRIO (5) | § |
| HEIDI ANGELICA GRIFFIN (6) | § |

<u>INDICTMENT</u>

The Grand Jury Charges:

<u>Count One</u>
Conspiracy to Distribute and Possess with Intent to
Distribute 500 Grams or More of Methamphetamine
(Violation of 21 U.S.C. § 846)

Beginning on or about a date unknown to the grand jury and continuing until on or

about the date of this indictment, in the San Angelo, Abilene, Dallas, and Fort Worth

Divisions of the Northern District of Texas, and elsewhere, **Juan Andres Vera,** a/k/a

"**Pericocha,**" **Jose Olvera Deleon**, **Sonia Ruth Deleon**, **Amanda Raeleen Soto**,

**Raymundo Gavirio**, and **Heidi Angelica Griffin**, defendants, did knowingly and

intentionally combine, conspire, confederate, and agree together and with persons known

and unknown to the grand jury, to commit an offense against the United States, that is, to

**Vera DTO Indictment - Page 1**

knowingly and intentionally distribute and possess with intent to distribute 500 grams and

more of a mixture and substance containing a detectable amount of methamphetamine, a

schedule II controlled substance, in violation of Title 21, United States Code, Sections

841(a)(1) and 841(b)(1)(A)(viii).

All in violation of Title 21, United States Code, Section 846.

**Vera DTO Indictment - Page 2**

<u>Count Two</u>
Possession with Intent to Distribute Methamphetamine and Aiding and Abetting
(Violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 18 U.S.C. § 2)

On or about March 7, 2011, in the San Angelo Division of the Northern District of Texas, and elsewhere, **Sonia Ruth Deleon**, defendant, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), Title 18, United States Code, Section 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

**Vera DTO Indictment - Page 3**

## Count Three
### Possession with Intent to Distribute Methamphetamine and Aiding and Abetting
### (Violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 18 U.S.C. § 2)

On or about April 4, 2011, in the Dallas Division of the Northern District of Texas, and elsewhere, **Amanda Raeleen Soto**, defendant, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), Title 18, United States Code, Section 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

**Vera DTO Indictment - Page 4**

Count Four
Possession with Intent to Distribute 50 Grams and More
of Methamphetamine and Aiding and Abetting
(Violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(viii), and 18 U.S.C. § 2)

On or about May 15, 2011, in the San Angelo Division of the Northern District of Texas, and elsewhere, **Raymundo Gavirio**, defendant, did knowingly and intentionally possess with intent to distribute 50 grams and more, but less than 500 grams, of a mixture and substance containing a detectable amount of methamphetamine, a schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(viii), Title 18, United States Code, Section 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

**Vera DTO Indictment - Page 5**

<u>Count Five</u>
Possession with Intent to Distribute Five Grams and More
of Methamphetamine and Aiding and Abetting
(Violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(viii), and 18 U.S.C. § 2)

On or about May 24, 2011, in the San Angelo Division of the Northern District of Texas, and elsewhere, **Heidi Angelica Griffin**, defendant, did knowingly and intentionally possess with intent to distribute 5 grams and more, but less than 50 grams, of methamphetamine, a schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(viii), Title 18, United States Code, Section 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

**Vera DTO Indictment - Page 6**

<u>Count Six</u>
Possession with Intent to Distribute 500 Grams and More
of Methamphetamine and Aiding and Abetting
(Violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii), and 18 U.S.C. § 2)

On or about February 11, 2012, in the San Angelo Division of the Northern

District of Texas, and elsewhere, **Jose Olvera Deleon**, defendant, did knowingly and

intentionally possess with intent to distribute 500 grams and more of a mixture and

substance containing a detectable amount of methamphetamine, a schedule II controlled

substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(viii),

Title 18, United States Code, Section 2, and *Pinkerton v. United States*, 328 U.S. 640

(1946).

<u>Count Seven</u>
Possession of a Firearm in Furtherance of a Drug Trafficking Crime
(Violation of 18 U.S.C. § 924(c))

On or about February 11, 2012, in the San Angelo Division of the Northern

District of Texas, and elsewhere, **Jose Olvera Deleon**, defendant, did knowingly possess

a firearm, to wit: a Sturm Ruger, Model P 95, 9mm caliber semi-automatic pistol, serial

number 318-08473, in furtherance of a drug trafficking crime, that is, Conspiracy to

Distribute and Possess with Intent to Distribute 500 Grams and More of

Methamphetamine and Possession with Intent to Distribute 500 Grams and More of

Methamphetamine, in violation of Title 21, United States Code, Sections 846, 841(a)(1),

and 841(a)(1)(A)(viii), as charged in counts one and six of this indictment, offenses for

which he may be prosecuted in a Court of the United States.

In violation of Title 18, United States Code, Section 924(c), Title 18, United States

Code, Section 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

**Vera DTO Indictment – Page 8**

A TRUE BILL:

FOREMAN

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

JEFFREY R. HAAG
Assistant United States Attorney
Texas State Bar No. 24027064
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone:    806.472.7559
Facsimile:    806.472.7394
E-mail:         jeffrey.haag@usdoj.gov

**Vera DTO Indictment - Page 9**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF TEXAS

# SAN ANGELO DIVISION

## THE UNITED STATES OF AMERICA

### v.

JUAN ANDRES VERA (1)
a/k/a "Pericocha"
JOSE OLVERA DELEON (2)
SONIA RUTH DELEON (3)
AMANDA RAELEEN SOTO (4)
RAYMUNDO GAVIRIO (5)
HEIDI ANGELICA GRIFFIN (6)

## INDICTMENT

**COUNT 1:**  CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE 500 GRAMS OR MORE OF METHAMPHETAMINE
Title 21, United States Code, Section 846.

**COUNTS 2, 3:**  POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE AND AIDING AND ABETTING
Title 21, United States Code, Sections 841(a)(1), (b)(1)(C), Title 18, United States Code, Section 2.

**COUNTS 4, 5:**  POSSESSION WITH INTENT TO DISTRIBUTE 50 GRAMS OR MORE OF METHAMPHETAMINE AND AIDING AND ABETTING
Title 21, United States Code, Sections 841(a)(1), (b)(1)(B)(viii), Title 18, United States Code, Section 2.

**COUNT 6:**  POSSESSION WITH INTENT TO DISTRIBUTE 500 GRAMS OR MORE OF METHAMPHETAMINE AND AIDING AND ABETTING
Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(viii), Title 18, United States Code, Section 2.

COUNT 7:        POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG
                TRAFFICKING CRIME AND AIDING AND ABETTING
                Title 18, United States Code, Sections 924(c) and 2.

                              (7 COUNTS)

A true bill rendered:

Lubbock                                                    Foreperson

Filed in open court this 8th day of August,

A.D. 2012.

                                                          Clerk

SEALED ARREST WARRANTS TO ISSUE AS TO EACH DEFENDANT

                      UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| | **RELATED CASE INFORMATION** |

Superseding Indictment/Information     ____Yes _X_ No
New Defendant:                         ____Yes _X_ No

Pending CR Case in NDTX:

                                       ____Yes _X_ No

If Yes, number: _____
Search Warrant Case Number _____
Rule 20 from District of _____

1.   DEFENDANT INFORMATION
     Juvenile:     ____Yes _X_ No

     Matter to be sealed:
                   _X_ Yes ____ No

Defendant Name      __AMANDA RAELEEN SOTO_____

Alias Name          _____

Address             _____

                    _____

County in which offense was committed:   _____

2.   U.S. Attorney Information

     AUSA      ____JEFF HAAG_____       Bar # ____24027064____

3.   Interpreter

               _____Yes   _X_ No      If Yes, list language and/or dialect: _____

4.   Location Status

     Arrest Date _____

     _____   Already in Federal Custody as of _____ in _____

     _____   Already in State Custody

     _____   On Pretrial Release

5.   U.S.C. Citations

Total # of Counts as to This Defendant: __2__ : Petty _____ Misdemeanor _____ Felony __X__

| Citation | Description of Offense Charged | Count(s) |
|---|---|---|
| 21 USC 846 | Conspiracy to Distribute and Possess with | 1 |
| | Intent to Distribute 500 Grams or more of Meth | |
| 21 USC 841(a)(1),(b)(1)(C) | Possession with Intent to Distribute Meth | 3 |

Date ____08/03/12____       Signature of AUSA: _____

                                              JEFFREY R. HAAG

20

AO 245 S (Rev. 4/90) Sheet 1 - Judgment in a Criminal Case
Case 6:12-cr-00040-C Document 106 Filed 02/07/13 Page 1 of 4 PageID 298
Case 6:12-cr-00040-C Document 183 Filed 08/11/16 Page 18 of 39 PageID 572

# United States District Court

## Northern District of Texas
San Angelo Division

FILED

FEB 7 2013

CLERK, U.S. DISTRICT COURT
By _____ 10:05am_____
Deputy

UNITED STATES OF AMERICA

v.

Case Number   6:12-CR-040-04-C
USM No. 44856-177

AMANDA RAELEEN SOTO
    Defendant.

## JUDGMENT IN A CRIMINAL CASE
### (For Offenses Committed On or After November 1, 1987)

The defendant, AMANDA RAELEEN SOTO, was represented by Laurie L. Key.

On motion of the United States, the court has dismissed the remaining counts of the indictment as to this defendant.

The defendant pleaded guilty to count 3 of the indictment filed on 08/08/2012. Accordingly, the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date of Offense | Count Number |
|---|---|---|---|
| 21 U.S.C. § 841(a)(1) & (b)(1)(C) and 18 U.S.C. § 2 | Possession With Intent to Distribute Methamphetamine and Aiding and Abetting | 04/04/2011 | 3 |

As pronounced on 02/07/2013, the defendant is sentenced as provided in pages 1 through 4 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant shall pay to the United States a special assessment of $100.00, for count 3, which shall be due immediately. Said special assessment shall be made to the Clerk, U.S. District Court.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Signed this the ___7th___ day of February, 2013.

_____
DISTRICT JUDGE SAM R. CUMMINGS
UNITED STATES DISTRICT COURT

AO 245 S (Rev. 01/01) Sheet 2 - Imprisonment

Defendant: AMANDA RAELEEN SOTO                                Judgment--Page 2 of 4
Case Number: 6:12-CR-040-04-C

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 41 months.

The defendant shall remain in custody pending service of sentence.

The Court recommends that the defendant be placed at FPC Bryan, Texas.

## RETURN

I have executed this Judgment as follows:

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this Judgment.


_____
United States Marshal

By _____
Deputy Marshal

Defendant: AMANDA RAELEEN SOTO                    Judgment--Page 3 of 4
Case Number: 6:12-CR-040-04-C

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of 3 years.

The defendant shall report to the Probation Officer in a manner and frequency directed by the Court or Probation Officer.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

☐ The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse.
☒ The defendant shall not possess a firearm, destructive device or any other dangerous weapon.
☒ The defendant shall cooperate in the collection of DNA as directed by the probation officer.
☐ The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense.
☐ the defendant shall participate in an approved program for domestic violence.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Fine and Restitution sheet of the judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) The defendant shall not leave the judicial district without the permission of the court or probation officer.
2) The defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer.
3) The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.
4) The defendant shall support his or her dependents and meet other family responsibilities.
5) The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.
6) The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.
7) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.
8) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.
9) The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.
10) The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer.
11) The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.
12) The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.
13) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245 S (Rev. 01/01) Sheet 3a - Supervised Release

Defendant: AMANDA RAELEEN SOTO                                    Judgment--Page 4 of 4
Case Number: 6:12-CR-040-04-C

### SPECIAL CONDITIONS OF SUPERVISION

While the defendant is on supervised release pursuant to this Judgment:

1. The defendant shall participate in a program (inpatient and/or outpatient) approved by the U.S. Probation Office for treatment of narcotic, drug, or alcohol dependency, which will include testing for the detection of substance use or abuse. The defendant shall contribute to the costs of services rendered (copayment) at a rate of at least $10.00 per month.

2. The defendant shall abstain from the use of alcohol and all other intoxicants during the term of supervision.

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

2013 FEB 13   PM 1:41

DEPUTY CLERK _____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 6:12-CR-040-C |
| | § | (supersedes indictment filed 08/08/12) |
| JUAN ANDRES VERA-SAUCEDO (1) | § | |
| a/k/a "Pericocha" | § | |
| JOSE OLVERA DELEON (2) | § | |
| SONIA RUTH DELEON (3) | § | |
| AMANDA RAELEEN SOTO (4) | § | |
| RAYMUNDO GAVIRIO (5) | § | |
| HEIDI ANGELICA GRIFFIN (6) | § | |

## SUPERSEDING INDICTMENT

The Grand Jury Charges:

### Count One
Conspiracy to Distribute and Possess with Intent to
Distribute 500 Grams or More of Methamphetamine
(Violation of 21 U.S.C. § 846)

Beginning on or about a date unknown to the grand jury and continuing until on or

about the date of this superseding indictment, in the San Angelo, Abilene, Dallas, and

Fort Worth Divisions of the Northern District of Texas, and elsewhere, **Juan Andres**

**Vera-Saucedo, a/k/a "Pericocha," Jose Olvera Deleon, Sonia Ruth Deleon, Amanda**

**Raeleen Soto, Raymundo Gavirio, and Heidi Angelica Griffin**, defendants, did

knowingly and intentionally combine, conspire, confederate, and agree together and with

persons known and unknown to the grand jury, to commit an offense against the United

**Vera DTO Superseding Indictment - Page 1**

States, that is, to knowingly and intentionally distribute and possess with intent to

distribute 500 grams and more of a mixture and substance containing a detectable amount

of methamphetamine, a schedule II controlled substance, in violation of Title 21, United

States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

All in violation of Title 21, United States Code, Section 846.

**Vera DTO Superseding Indictment - Page 2**

28

<u>Count Two</u>
Possession with Intent to Distribute Methamphetamine and Aiding and Abetting
(Violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 18 U.S.C. § 2)

On or about March 7, 2011, in the San Angelo Division of the Northern District of Texas, and elsewhere, **Sonia Ruth Deleon**, defendant, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), Title 18, United States Code, Section 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

**Vera DTO Superseding Indictment - Page 3**

<u>Count Three</u>
Possession with Intent to Distribute Methamphetamine and Aiding and Abetting
(Violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 18 U.S.C. § 2)

On or about April 4, 2011, in the Dallas Division of the Northern District of Texas,

and elsewhere, **Amanda Raeleen Soto**, defendant, did knowingly and intentionally

possess with intent to distribute a mixture and substance containing a detectable amount

of methamphetamine, a schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), Title

18, United States Code, Section 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

**Vera DTO Superseding Indictment - Page 4**

<u>Count Four</u>
Possession with Intent to Distribute 50 Grams and More
of Methamphetamine and Aiding and Abetting
(Violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(viii), and 18 U.S.C. § 2)

On or about May 15, 2011, in the San Angelo Division of the Northern District of

Texas, and elsewhere, **Raymundo Gavirio**, defendant, did knowingly and intentionally

possess with intent to distribute 50 grams and more, but less than 500 grams, of a mixture

and substance containing a detectable amount of methamphetamine, a schedule II

controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(viii),

Title 18, United States Code, Section 2, and *Pinkerton v. United States*, 328 U.S. 640

(1946).

**Vera DTO Superseding Indictment - Page 5**

<u>Count Five</u>
Possession with Intent to Distribute Five Grams and More
of Methamphetamine and Aiding and Abetting
(Violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(viii), and 18 U.S.C. § 2)

On or about May 24, 2011, in the San Angelo Division of the Northern District of

Texas, and elsewhere, **Heidi Angelica Griffin**, defendant, did knowingly and

intentionally possess with intent to distribute 5 grams and more, but less than 50 grams, of

methamphetamine, a schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(viii),

Title 18, United States Code, Section 2, and *Pinkerton v. United States*, 328 U.S. 640

(1946).

**Vera DTO Superseding Indictment - Page 6**

<u>Count Six</u>
Possession with Intent to Distribute 500 Grams and More
of Methamphetamine and Aiding and Abetting
(Violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii), and 18 U.S.C. § 2)

On or about February 11, 2012, in the San Angelo Division of the Northern

District of Texas, and elsewhere, **Jose Olvera Deleon**, defendant, did knowingly and

intentionally possess with intent to distribute 500 grams and more of a mixture and

substance containing a detectable amount of methamphetamine, a schedule II controlled

substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(viii),

Title 18, United States Code, Section 2, and *Pinkerton v. United States*, 328 U.S. 640

(1946).

**Vera DTO Superseding Indictment - Page 7**

Count Seven
### Possession of a Firearm in Furtherance of a Drug Trafficking Crime
(Violation of 18 U.S.C. § 924(c))

On or about February 11, 2012, in the San Angelo Division of the Northern District of Texas, and elsewhere, **Jose Olvera Deleon**, defendant, did knowingly possess a firearm, to wit: a Sturm Ruger, Model P 95, 9mm caliber semi-automatic pistol, serial number 318-08473, in furtherance of a drug trafficking crime, that is, Conspiracy to Distribute and Possess with Intent to Distribute 500 Grams and More of Methamphetamine and Possession with Intent to Distribute 500 Grams and More of Methamphetamine, in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A)(viii), as charged in counts one and six of this superseding indictment, offenses for which he may be prosecuted in a Court of the United States.

In violation of Title 18, United States Code, Section 924(c), Title 18, United States Code, Section 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

**Vera DTO Superseding Indictment - Page 8**

<u>Count Eight</u>
Possession with Intent to Distribute 50 Grams and More
of Methamphetamine and Aiding and Abetting
(Violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(viii), and 18 U.S.C. § 2)

On or about January 29, 2013, in the San Angelo Division of the Northern District of Texas, and elsewhere, **Juan Andres Vera-Saucedo**, a/k/a "Pericocha," defendant, did knowingly and intentionally possess with intent to distribute 50 grams and more, but less than 500 grams, of a mixture and substance containing a detectable amount of methamphetamine, a schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(viii), Title 18, United States Code, Section 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

**Vera DTO Superseding Indictment - Page 9**

<u>Count Nine</u>
Illegal Reentry after Deportation
(Violation of 8 U.S.C. § 1326)

On or about January 29, 2013, in the San Angelo Division of the Northern District of Texas, and elsewhere, **Juan Andres Vera-Saucedo**, a/k/a "Pericocha," defendant, an alien, knowingly entered, attempted to enter, and was found in the United States of America after having been denied admission, excluded, deported, and removed therefrom at and near the Port of Departure at Del Rio, Texas, on or about February 9, 2012, and not having received the express consent of the Attorney General of the United States and the Secretary of Homeland Security to apply for readmission to the United States since the time of his previous denial of admission, exclusion, deportation, and removal therefrom.

In violation of Title 8, United States Code, Section 1326, and Title 6, United States Code, Sections 202(3), 202(4) and 557.

**Vera DTO Superseding Indictment - Page 10**

A TRUE BILL:

FOREMAN

SARAH R. SALDAÑA
UNITED STATES ATTORNEY


JEFFREY R. HAAG
Assistant United States Attorney
Texas State Bar No. 24027064
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone:    806.472.7559
Facsimile:     806.472.7394
E-mail:         jeffrey.haag@usdoj.gov

**Vera DTO Superseding Indictment - Page 11**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF TEXAS

## SAN ANGELO DIVISION

### THE UNITED STATES OF AMERICA

v.

JUAN ANDRES VERA-SAUCEDO (1)
a/k/a "Pericocha"
JOSE OLVERA DELEON (2)
SONIA RUTH DELEON (3)
AMANDA RAELEEN SOTO (4)
RAYMUNDO GAVIRIO (5)
HEIDI ANGELICA GRIFFIN (6)

### SUPERSEDING INDICTMENT

| | |
|---|---|
| <u>COUNT 1</u>: | CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE 500 GRAMS OR MORE OF METHAMPHETAMINE<br>Title 21, United States Code, Section 846. |
| <u>COUNTS 2, 3</u>: | POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE AND AIDING AND ABETTING<br>Title 21, United States Code, Sections 841(a)(1), (b)(1)(C), Title 18, United States Code, Section 2. |
| <u>COUNTS 4, 5, 8</u>: | POSSESSION WITH INTENT TO DISTRIBUTE 50 GRAMS OR MORE OF METHAMPHETAMINE AND AIDING AND ABETTING<br>Title 21, United States Code, Sections 841(a)(1), (b)(1)(B)(viii), Title 18, United States Code, Section 2. |
| <u>COUNT 6</u>: | POSSESSION WITH INTENT TO DISTRIBUTE 500 GRAMS OR MORE OF METHAMPHETAMINE AND AIDING AND ABETTING<br>Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(viii), Title 18, United States Code, Section 2. |

| COUNT 7: | POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME AND AIDING AND ABETTING |
| | Title 18, United States Code, Sections 924(c) and 2. |
| COUNT 9: | ILLEGAL REENTRY AFTER DEPORTATION |
| | Title 8, United States Code, Section 1326. |

(9 COUNTS)

A true bill rendered:
Lubbock

_____ Foreperson

Filed in open court this 13th day of February,
A.D. 2013.

_____ Clerk

ALL DEFENDANTS IN FEDERAL CUSTODY OR ON BOND

UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT

for

### NORTHERN DISTRICT OF TEXAS

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2016 JUL 25 PM 1: 20

## Report on Offender Under Supervision - Court Decision Requested

| | |
|---|---|
| Name of Offender: | Amanda Raeleen Soto |
| Case No.: | 6:12-CR-040-C(04) |
| Name of Sentencing Judge: | Senior U.S. District Judge Sam R. Cummings |
| Date of Original Sentence: | February 7, 2013 |
| Original Offense: | Possession with Intent to Distribute Methamphetamine and Aiding and Abetting 21 U.S.C. § 841(a)(1) & (b)(1)(C) and 18 U.S.C. § 2 |
| Original Sentence: | 41 months custody, 3-year term of supervised release |
| Type of Supervision: | Supervised Release |
| Date Supervision Commenced: | December 8, 2014 |
| Assistant U.S. Attorney: | Jeffrey R. Haag |
| Defense Attorney: | Laurie Key (Court appointed) |

## Notification To The Court For Cause As Follows:

### I.

The following information/request is being presented for the Court's review and decision:

Amanda Raeleen Soto (Soto) was released from the Federal Bureau of Prisons on January 9, 2015, to begin her term of supervised release in the Western District of Texas, Midland Division. The U.S. Probation Office, Northern District of Texas, San Angelo Division, has received correspondence dated July 15, 2016, from U.S. Probation Officer Jorge De Los Santos, Western District of Texas, Midland Division, advising that Soto does not plan on returning to the Northern District of Texas and has requested transfer of jurisdiction to their division.

Soto does not have any violations at this time; however, due to the defendant's residence in Midland, Texas, USPO De Los Santos has requested jurisdiction of this case be transferred to the Western District of Texas, Midland Division. For the Court's information, Assistant U.S. Attorney Jeffrey R. Haag was contacted, and he had no objections to this request.

### II.

The probation officer recommends the following action for the Court to consider:

That jurisdiction of Case No. 6:12-CR-040-C(04) be transferred from the Northern District of Texas, San Angelo Division, to the Western District of Texas, Midland Division, so that any future issues that may arise be addressed in their district.

I declare under penalty of perjury
that the foregoing is true and correct.

Executed on July 19, 2016                         Approved,

s/Diana B. Trevino                                s/Don W. Kretschmer
U.S. Probation Officer                            Supervising U.S. Probation Officer
San Angelo Division                               Phone: 325-486-4071
Phone: 325-486-4073
Fax: 325-655-9051

---

**Order of the Court:**

☑  Agrees with the recommendation of the probation officer.

☐  Disagrees with the recommendation of the probation officer.

☐  Directs the probation officer to submit a request for modifying the conditions or term of
supervision.

☐  Directs the probation officer to submit a request for a warrant or summons.

☐  Other or Additional:

☐  File under seal until further order of the Court.

The Honorable Sam R. Cummings
Senior U.S. District Judge

7-25-16
Date

DBT/stg

* Attachment

PROB 22
(Rev. 2/88)

DOCKET NUMBER *(Tran. Court)*

6:12-CR-040-04-C

## TRANSFER OF JURISDICTION

DOCKET NUMBER *(Rec. Court)*

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Amanda Raeleen Soto<br>1710 North A Street #23<br>Midland, Texas 79705 | Northern District of Texas | San Angelo |

| | NAME OF SENTENCING JUDGE |
|---|---|
| | Honorable Sam R. Cummings |

| DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM<br>01/09/2016 | TO<br>12/07/2017 |
|---|---|---|

OFFENSE
Possession With Intent to Distribute Methamphetamine and Aiding and Abetting (21 U.S.C. § 841(a)(1) & (b)(1)(C) and 18 U.S.C. 2)

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___Northern___ DISTRICT OF ___Texas (San Angelo Division)___

   IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___Western District of Texas (Midland Division)___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

___7-25-16___
*Date*

_____
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___Western___ DISTRICT OF ___Texas (Midland Division)___

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____
*Effective Date*

_____
*United States District Judge*

| PROB 22<br>(Rev. 2/88) | | | DOCKET NUMBER *(Tran. Court)*<br>6:12-CR-040-04-C |
|---|---|---|---|
| **TRANSFER OF JURISDICTION** | CLERK... DIST. OF TX<br>NORTHERN DIST. OF TX<br>FILED<br>2016 AUG 11   AM 8:55 | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT<br>Northern District of Texas | DIVISION<br>San Angelo |
|---|---|---|
| Amanda Raeleen Soto<br>1710 North A Street #23<br>Midland, Texas 79705 | NAME OF SENTENCING JUDGE<br>Honorable Sam R. Cummings | |
| | DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM<br>01/09/2016 | TO<br>12/07/2017 |

| OFFENSE |
|---|
| Possession With Intent to Distribute Methamphetamine and Aiding and Abetting (21 U.S.C. § 841(a)(1) & (b)(1)(C) and 18 U.S.C. 2) |

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____Northern_____ DISTRICT OF ___Texas (San Angelo Division)___

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___Western District of Texas (Midland Division)___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

___7-25-16___
*Date*

_____
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____Western_____ DISTRICT OF ___Texas (Midland Division)___

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

___8-8-16___
*Effective Date*

_____
*United States District Judge*

PROB 22
(Rev. 2/88)

## TRANSFER OF JURISDICTION

| | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| | 6:12-CR-040-04-C |
| | DOCKET NUMBER *(Rec. Court)* |
| | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | Northern District of Texas | San Angelo |
| Amanda Raeleen Soto | NAME OF SENTENCING JUDGE | |
| 1710 North A Street #23 | Honorable Sam R. Cummings | |
| Midland, Texas 79705 | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 01/09/2016 | TO 12/07/2017 |

| OFFENSE |
|---|
| Possession With Intent to Distribute Methamphetamine and Aiding and Abetting (21 U.S.C. § 841(a)(1) & (b)(1)(C) and 18 U.S.C. 2) |

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ Northern _____ DISTRICT OF _____ Texas (San Angelo Division) _____

   IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _Western District of Texas (Midland Division)_ upon that Court's order of acceptance of jurisdiction.  This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_7-25-16_
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ Western _____ DISTRICT OF _____ Texas (Midland Division) _____

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_9-8-16_
Effective Date

_____
United States District Judge

44